_____

No. 95-3478
_____

Pearlie Creal Pope,              *
                                 *
          Appellant,             *
                                 *
     v.                          *  Appeal from the United States
                                 *  District Court for the
Jesse Brown, Secretary of        *   Eastern District of Arkansas.
Veteran's Affairs, et al.,       *
                                 *        **[UNPUBLISHED]**
          Appellees.             *

_____

                    Submitted:  June 19, 1996

                       Filed:  June 26, 1996
_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.

     Pearlie Creal Pope appeals from the district court's[1] order
dismissing her employment discrimination suit, based on her failure to
timely file the complaint.  After carefully reviewing the record and the
parties' briefs, we conclude that dismissal of the complaint was correct.
Accordingly, we affirm.  See 8th Cir. R. 47B.


     A true copy.


     Attest:


          CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

     [1]The HONORABLE GEORGE HOWARD, JR., United States District
Judge for the Eastern District of Arkansas.